IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:06 MJ 13

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | **ORDER TO UNSEAL** |
| | ) | |
| **TONY D. ROBERTS.** | ) | |
| | ) | |
| _____ | ) | |

THIS MATTER is before the Court on oral motion of the Government made on April 21, 2006 to unseal the file in the above captioned matter. For good cause shown,

IT IS, THEREFORE, **ORDERED** that the Government's motion is **ALLOWED** and the entire file in this criminal action is hereby **UNSEALED**.

Signed: May 3, 2006

_____
Dennis L. Howell
United States Magistrate Judge