# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:06 cr 13

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| TONY D. ROBERTS. ) | |
| ) | |

THIS CAUSE coming on to be heard and being heard on July 5, 2005, pursuant to a motion filed by the defendant entitled," Motion to Modify Conditions of Pretrial Release". In the motion the defendant requested that the court enter an order of detention and that the defendant be allowed to voluntarily surrender himself to the United States Marshal Service and it appearing to the court from a review of the file in this matter that the defendant had consented to a modification of terms and conditions of release on June 20, 2006 such that he be allowed to voluntarily surrender himself to the United States Marshal Service in Asheville, North Carolina and that document had been signed and approved by Richard Voorhees, United States District Judge for the Western District of North Carolina.

BASED THEREON and further based upon the arguments of the United States Attorney and counsel for the defendant it is hereby ordered:

**ORDER**

1. That the defendant's Motion to Modify Conditions of Pretrial Release is hereby **ALLOWED** and the defendant is allowed to voluntarily surrender himself to the United

States Marshal Service.

2. That this order is entered without prejudice to the defendant being allowed to file a motion alleging a chance in circumstances and requesting that the court again enter an order setting terms and conditions of the defendant's release pending sentencing in this matter.

Signed: July 14, 2006

Dennis L. Howell
United States Magistrate Judge